### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| MISTY BRELO, *on behalf of herself and all others similarly situated*, | ) CASE NO. 1:22-cv-02273 ) |
| *Plaintiff,* | ) JUDGE CHRISTOPHER A. BOYKO ) ) |
| v. | ) ) **JOINT MOTION FOR APPROVAL** |
| SABER HEALTHCARE HOLDINGS, LLC, *et al.*, | ) **OF SETTLEMENT** ) ) |
| *Defendants.* | ) |

Plaintiff Misty Brelo ("Plaintiff") and Defendants Saber Healthcare Holdings, LLC and Saber Healthcare Group, L.L.C. (collectively, "Defendants") move this Court to review the parties' Confidential Settlement Agreement and Release of Claims (the "Settlement Agreement"), filed concurrently under seal, and issue an Order approving the Settlement Agreement as fair and reasonable. In support of this Motion, the parties aver:

1. Plaintiff, on behalf of herself individually and all others similarly situated, commenced this action against Defendants, alleging, *inter alia*, that Defendants failed to pay Plaintiff overtime compensation under the Fair Labor Standards Act ("FLSA") and the Ohio Minimum Fair Wage Standards Act ("OMFWSA"), and failed to timely pay wages under the Ohio Prompt Payment Act ("OPPA").

2. After filing this suit, Defendants informed Plaintiff that she had signed an arbitration agreement providing that arbitration on an individual basis was the exclusive remedy for the claims that are the subject of this lawsuit.

3. To reach a compromise and to avoid the expense and burden of litigation or arbitration, the parties have agreed to settle Plaintiff's individual claims against Defendants. The

settlement is embodied in the Declaration of Plaintiff's Counsel (attached as Exhibit 1), as well as the Settlement Agreement, filed concurrently under seal.

4. Plaintiff's counsel believes that the settlement is fair and reasonable. *See* Exhibit 1 (Declaration of Daniel I. Bryant).

5. The settlement is contingent upon the Court's review and approval of the Settlement Agreement and issuance of an Order approving the settlement as fair and reasonable.

6. The parties, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and based upon the settlement, hereby stipulate to the dismissal of this case with prejudice. Except as otherwise provided in the Settlement Agreement, the parties agree to bear their own attorneys' fees and costs. The Court is to tax costs, if any, to the parties in equal amounts. The parties request that the Court retain jurisdiction to enforce the terms of the Settlement Agreement.

WHEREFORE, the parties request that the Court review the Settlement Agreement, issue an Order approving the Settlement Agreement as fair and reasonable, and dismiss with prejudice the claims in this lawsuit in their entirety.

Respectfully submitted,

| | |
|---|---|
| */s/ Daniel I. Bryant* | */s/ Allison Gluvna Folk (per email authorization)* |
| Daniel I. Bryant (0090859) | Allison Gluvna Folk (0098635) |
| **Bryant Legal, LLC** | **Jackson Lewis P.C.** |
| 1550 Old Henderson Road, Suite 126 | Park Center Plaza I, Suite 400 |
| Columbus, OH 43220 | 6100 Oak Tree Boulevard |
| (614) 704-0546 (phone) | Cleveland, Ohio 44131 |
| (614) 573-9826 (fax) | (216) 750-0404 (phone) |
| dbryant@bryantlegalllc.com | (216) 750-0826 (fax) |
| | Allison.Folk@JacksonLewis.com |
| Joseph F. Scott (0029780) | |
| Ryan A. Winters (0086917) | *Attorney for Defendants* |
| **Scott & Winters Law Firm, LLC** | |
| 50 Public Square, Suite 1900 | |
| Cleveland, OH 44113 | |
| (216) 912-2221 (phone) | |
| (440) 846-1625 (fax) | |
| jscott@ohiowagelawyers.com | |
| rwinters@ohiowagelawyers.com | |

Kevin M. McDermott II (0090455)
**Scott & Winters Law Firm, LLC**
11925 Pearl Road, Suite 310
Strongsville, OH 44136
(216) 912-2221 (phone)
(440) 846-1625 (fax)
kmcdermott@ohiowagelawyers.com

*Attorneys for Plaintiff*